UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: | Chapter 7 |
| PAUL HANSMEIER, | Case No. 15-42460 |
| Debtor. | Adversary No. 16-04124 |

_____

Paul Hansmeier, Debtor,

 Plaintiff,

v.

Sandipan Chowdhury and Booth Sweet LLP,

 Defendants.

_____

### NOTICE OF APPEAL
_____

 Defendants Sandipan Chowdhury and Booth Sweet LLP, appeal pursuant to 28 U.S.C. § 158 (a) and Fed.R.Bank.P. 8001 from the contempt order of the Bankruptcy Judge Kathleen H. Sanberg entered in the above-captioned adversary proceeding on December 13, 2018.

 The names of all parties to the order and judgment appealed from, and the names, addresses and telephone numbers of their respective attorneys, are as follows:

**Plaintiff Paul R. Hansmeier, Debtor**

Paul R. Hansmeier
9272 Cortland Alcove
Woodbury, MN 55125
Tel.: (651) 399-1583

**Defendants Sandipan Chowdhury and Booth Sweet LLP**

Jason E. Sweet (#668596)
BOOTH SWEET LLP
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8619

Dated: December 13, 2018

               Respectfully,

               /s/ Jason E. Sweet
               Jason E. Sweet

1

Counsel for Defendants
*Pro Hac Vice Appearance*

BOOTH SWEET LLP
Jason E. Sweet (BBO# 668596)
32R Essex Street
Cambridge, MA 02139
Tel.: (617) 250-8619
Fax: (617) 250-8883
Email: jsweet@boothsweet.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

___

| | |
|---|---|
| In re: | Chapter 7 |
| PAUL HANSMEIER, | Case No. 15-42460 |
| Debtor. | Adversary No. 16-04124 |

___

Paul Hansmeier, Debtor,

    Plaintiff,

v.

Sandipan Chowdhury and Booth Sweet, LLP,

    Defendants.

___

    I hereby certify that on December 13, 2018, I caused the following documents:

- *Notice of Appeal*

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered via first class mail to Paul Hansmeier at 9272 Cortland Alcove, Woodbury, MN 55125 constitutes service or notice pursuant to Local Rule 9006-1(a).

Dated: December 13, 2018

                                                                           /s/ Jason E. Sweet

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| In re: | Chapter 7 |
| PAUL HANSMEIER, | Case No. 15-42460 |
| Debtor. | Adversary No. 16-04124 |

_____

Paul Hansmeier, Debtor,

    Plaintiff,

v.

Sandipan Chowdhury and Booth Sweet, LLP,

    Defendants.

_____

**DEFENDANTS' ELECTION THAT ITS APPEAL BE HEARD BY
THE UNITED STATES DISTRICT COURT**
_____

    Defendants Sandipan Chowdhury and Booth Sweet LLP, hereby elect, pursuant to 28 U.S.C. § 158(c)(1)(A), to have its appeal in this matter heard by the United States District Court for the District of Minnesota. This is a pending appeal in this matter, No. 18-cv-0761, before Honorable Wilhelmina M. Wright. Defendants would request that this appeal also be assigned to Judge Wright.

Dated: December 13, 2018

                                                      Respectfully,

                                                      /s/ Jason E. Sweet_____
                                                      Jason E. Sweet

                                                      Counsel for Defendants
                                                      *Pro Hac Vice Appearance*

                                                      BOOTH SWEET LLP
                                                      Jason E. Sweet (BBO# 668596)
                                                      32R Essex Street
                                                      Cambridge, MA 02139
                                                      Tel.: (617) 250-8619
                                                      Fax: (617) 250-8883
                                                      Email: jsweet@boothsweet.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| In re: | Chapter 7 |
| PAUL HANSMEIER, | Case No. 15-42460 |
| Debtor. | Adversary No. 16-04124 |

_____

Paul Hansmeier, Debtor,

    Plaintiff,

v.

Sandipan Chowdhury and Booth Sweet, LLP,

    Defendants.

_____

I hereby certify that on December 13, 2018, I caused the following documents:

- ***Defendants' Election that its Appeal be heard by the United States District Court***

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be delivered via first class mail to Paul Hansmeier at 9272 Cortland Alcove, Woodbury, MN 55125 constitutes service or notice pursuant to Local Rule 9006-1(a).

Dated: December 13, 2018

                                                                             /s/ Jason E. Sweet_____