**IDENTIFICATION OF RESIDENCE OF PARTIES IN BANKRUPTCY MATTER**

Adversary Proc. 16-4124<br>Bankruptcy Case No. 15-42460

| Name of Defendant/Appellant(s) | County of Residence of Defendant/Appellant(s) |
|---|---|
| Sandipan Chowdhury and Booth Sweet LLP, | Out of State |
|  |  |

| Name of Plaintiff/Appellee(s) | County of Residence of Plaintiff/Appellee(s) |
|---|---|
| Paul Hansmeier | Hennepin |
|  |  |

Dated: 12/14/2018                    Lori Vosejpka, Clerk, U.S. Bankruptcy Court
                                                        By Shelia Dennard