CM/ECF LIVE - U.S. Bankruptcy Court:mnb  https://ecf.mnb.circ8.dcn/cgi-bin/DktRpt.pl?323805031707583-L_1_0-1

CASE 0:18-cv-03403-WMW    Doc. 2    Filed 12/14/18    Page 1 of 13

**REOPEN, CLOSED, APLDIST, APPEAL**

# US Bankruptcy Court
## District of Minnesota (Minneapolis)
### Adversary Proceeding #: 16-04124

*Assigned to:* Chief Judge Kathleen H Sanberg
*Lead BK Case:* 15-42460
*Lead BK Title:* PAUL HANSMEIER
*Lead BK Chapter:* 7
*Demand:* $72000

*Date Filed:* 11/18/16
*Date Terminated:* 03/01/17
*Date Reinstated/Reopened:* 02/02/17

*Nature[s] of Suit:*  02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)
14 Recovery of money/property - other
72 Injunctive relief - other

*Plaintiff*
-----------------------
**Randall L. Seaver - Trustee**
12400 Portland Avenue South
Suite 132
Burnsville, MN 55337
952-890-0888
*TERMINATED: 01/11/2018*

represented by **Randall L. Seaver**
Fuller Seaver,Swanson & Kelsch PA
12400 Portland Ave S
Suite 132
Burnsville, MN 55337
952-890-0888
Fax : 952-890-0244
Email: rseaver@fssklaw.com
*TERMINATED: 01/11/2018*

**Matthew D. Swanson**
Fuller, Seaver,Swanson & Kelsch PA
12400 Portland Ave S
Suite 132
Burnsville, MN 55337
952-890-0888
Fax : 952-890-0244
Email: mswanson@fssklaw.com
*TERMINATED: 01/11/2018*
LEAD ATTORNEY

*Plaintiff*
-----------------------
**PAUL HANSMEIER**
9272 Cortland Alcove
Woodbury, MN 55125
SSN / ITIN: xxx-xx-5754

represented by **PAUL HANSMEIER**
PRO SE

V.

*Defendant*
----------------------
**Sandipan Chowdhury**　　　　　　　　　　　　　　　represented by **Jason E. Sweet**
c/o Booth Sweet, LLP　　　　　　　　　　　　　　　　　Booth Sweet LLP
32R Essex Street　　　　　　　　　　　　　　　　　　　32R Essex Street
Cambridge, MA 02139　　　　　　　　　　　　　　　　　Cambridge, MA 02139
　　　　　　　　　　　　　　　　　　　　　　　　　　　617-250-8602
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax : (617) 250-8883
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: jsweet@boothsweet.com


*Defendant*
----------------------
**Booth Sweet, LLP**　　　　　　　　　　　　　　　　　represented by **Jason E. Sweet**
32R Essex Street　　　　　　　　　　　　　　　　　　　(See above for address)
Cambridge, MA 02139

| Filing Date | # | Docket Text |
|---|---|---|
| 11/18/2016 | 1 (8 pgs) | Adversary case 16-04124. (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))), (14 (Recovery of money/property - other)), (72 (Injunctive relief - other)), Complaint without demand for jury trial by Randall L. Seaver - Trustee against Sandipan Chowdhury, Booth Sweet, LLP. Receipt Number o, Fee Amount $350 (Swanson, Matthew) (Entered: 11/18/2016) |
| 11/21/2016 | 2 (1 pg) | Summons issued on Booth Sweet, LLP Date Issued 11/21/2016, Answer Due 12/21/2016; Sandipan Chowdhury Date Issued 11/21/2016, Answer Due 12/21/2016 (Carrie MNBM) (Entered: 11/21/2016) |
| 11/21/2016 | 3 (1 pg) | Pro bono notice to defendants re: 1 Complaint. (Carrie MNBM) (Entered: 11/21/2016) |
| 11/21/2016 | 4 | Receipt of Adversary Filing Fee - $350.00 by KH. Receipt Number 204444. (admin) (Entered: 11/21/2016) |
| 11/23/2016 | 5 (2 pgs) | BNC Certificate of Mailing. Notice Date 11/23/2016. (Admin.) (Entered: 11/24/2016) |
| 12/02/2016 | 6 (1 pg) | Summons issued on Sandipan Chowdhury Date Issued 12/2/2016, Answer Due 1/3/2017 (Carrie MNBM) (Entered: 12/02/2016) |

| | | |
|---|---|---|
| 12/20/2016 | 7 (2 pgs) | Certificate of service (re:1 Complaint, 2 Summons for adversary proceeding, 6 Summons for adversary proceeding) filed by Randall L. Seaver - Trustee.(Swanson, Matthew) (Entered: 12/20/2016) |
| 01/10/2017 | 8 (18 pgs) | Application for default judgment filed by Plaintiff Randall L. Seaver - Trustee. Affidavit of default, Affidavit of identification, Affidavit on the merits, Proposed findings of fact, conclusions of law and order for judgment, Certificate of service. (Swanson, Matthew) (Entered: 01/10/2017) |
| 01/10/2017 | 9 (5 pgs) | Order Granting Application for default judgment (Related Doc # 8). Notice of Entry affixed. (Lynn MNBM) (Entered: 01/10/2017) |
| 01/10/2017 | 10 (1 pg) | Judgment for adv 4:16-ap-4124. Notice of Entry affixed. (Lynn MNBM) (Entered: 01/10/2017) |
| 01/10/2017 | | Disposition of adversary 4:16-ap-4124. Judgment For plaintiff. Disposition: granted. (Lynn MNBM) (Entered: 01/10/2017) |
| 01/12/2017 | 11 (6 pgs) | BNC Certificate of Mailing - PDF Document. Notice Date 01/12/2017. (Admin.) (Entered: 01/13/2017) |
| 01/12/2017 | 12 (2 pgs) | BNC Certificate of Mailing - PDF Document. Notice Date 01/12/2017. (Admin.) (Entered: 01/13/2017) |
| 01/19/2017 | 13 (70 pgs) | Motion to vacate (re:9 Order on application for default judgment, 10 Judgment) filed by Booth Sweet, LLP, Sandipan Chowdhury. An affidavit or verification, Memorandum of law, Proof of service, Proposed order. Hearing scheduled 2/8/2017 at 10:30 AM at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Kathleen H. Sanberg. (Sweet, Jason) (Entered: 01/19/2017) |
| 01/25/2017 | | Adversary case 4:16-ap-4124 closed (Kathy MNBM) (Entered: 01/25/2017) |
| 02/02/2017 | | Corrected entry THIS ADVERSARY PROCEEDING WAS CLOSED IN ERROR ON 1/25/17, IT WAS REOPENED ON 2/2/17 (re: Close adversary case) . (MaryB MNBM QC) (Entered: 02/02/2017) |
| 02/02/2017 | 14 (18 pgs) | Response to 13 Motion to vacate filed by Plaintiff Randall L. Seaver - Trustee. An affidavit or verification, Memorandum of law, Proof of service. (Swanson, Matthew) (Entered: 02/02/2017) |
| 02/03/2017 | 15 (2 pgs) | Notice of continued hearing (re:13 Motion to vacate) filed by Booth Sweet, LLP, Sandipan Chowdhury, Randall L. Seaver - Trustee. Proof of service. Hearing to be held on 2/22/2017 at 10:00 AM Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge |

| | | Kathleen H. Sanberg (Sweet, Jason) (Entered: 02/03/2017) |
|---|---|---|
| 02/08/2017 | 🔵 | Minutes re: Motion to vacate order and default judgment . No appearances. On request of counsel, hearing continued to February 15, 2017 and then continued further to February 22, 2017 at 10:00 a.m. (Carrie MNBM) (Entered: 02/08/2017) |
| 02/16/2017 | 🔵 16 (5 pgs) | Reply by Defendants Booth Sweet, LLP, Sandipan Chowdhury to 13 Motion to vacate, 14 Response. An affidavit or verification, Memorandum of law, Proof of service. (Sweet, Jason) (Entered: 02/16/2017) |
| 02/21/2017 | 🔵 17 (11 pgs) | Answer to complaint without demand for jury trial filed by Booth Sweet, LLP, Sandipan Chowdhury. (Sweet, Jason) (Entered: 02/21/2017) |
| 02/22/2017 | 🔵 | Minutes re: 13 Motion to vacate default judgment. Jason Sweet appeared telephonically on behalf of the defendants and Matthew Swanson appeared on behalf of the plaintiff. Motion denied. Order to be entered. (Lynn MNBM) (Entered: 02/22/2017) |
| 02/22/2017 | 🔵 18 (1 pg) | Order Denying Motion to vacate default judgment (Related Doc # 13). Notice of Entry affixed. (Lynn MNBM) (Entered: 02/22/2017) |
| 02/23/2017 | 🔵 19 (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 2/22/2017 10:30:00 AM ]. File Size [ 18729 KB ]. Run Time [ 00:39:01 ]. (admin). (Entered: 02/23/2017) |
| 03/01/2017 | 🔵 | Adversary case 4:16-ap-4124 closed (Kathy MNBM) (Entered: 03/01/2017) |
| 03/08/2017 | 🔵 20 (5 pgs) | Notice of appeal and statement of election (conforming to Form 417A) to District Court filed by Defendants Booth Sweet, LLP, Sandipan Chowdhury re: 18 Order on motion to vacate. Fee Amount $298.(Sweet, Jason) (Entered: 03/08/2017) |
| 03/08/2017 | | Receipt of Notice of appeal and statement of election(16-04124) [appeal,ntcaplel] ( 298.00) Filing Fee. Receipt number 9883907. Fee amount 298.00. (U.S. Treasury) (Entered: 03/08/2017) |
| 03/08/2017 | 🔵 21 (2 pgs) | Clerk's notice on appeal to District Court re: 20 Notice of appeal and statement of election. Proof of service. (Shelia MNBM) (Entered: 03/08/2017) |
| 03/08/2017 | 🔵 | The appeal of the order or judgment of Judge Kathleen H. Sanberg entered February 22,2017 has been transmitted to the District Court and is pending in that court as Case No. 17-723. Also transmitted: Notice of appeal. (Shelia MNBM) (Entered: 03/08/2017) |

| | | |
|---|---|---|
| 03/10/2017 | 22 (3 pgs) | BNC Certificate of Mailing. Notice Date 03/10/2017. (Admin.) (Entered: 03/11/2017) |
| 04/30/2017 | 23 (33 pgs) | Transcript of hearing re:15 Notice of continued hearing held on February 22, 2017. Document restricted for 90 days, call Transcriber for copy. Transcriber: Leslie Pingley 651-681-8550 Notice of Intent to Request Redaction Deadline Due By 5/8/2017. Redaction Request Due By 05/22/2017. Redacted Transcript Submission Due By 05/31/2017. Transcript access will be restricted through 07/31/2017. (Johnson, Neil) (Entered: 04/30/2017) |
| 05/01/2017 | 24 (1 pg) | Notice of filing of official transcript. Notice is hereby given that an official 23 Transcript of the hearing held on 02/22/17 has been filed. Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection only at the clerk's office or may be purchased from the court transcriber for a 90 day period. (Kathy MNBM) (Entered: 05/01/2017) |
| 05/03/2017 | 25 (2 pgs) | BNC Certificate of Mailing. Notice Date 05/03/2017. (Admin.) (Entered: 05/04/2017) |
| 11/09/2017 | 26 (10 pgs) | Opinion on appeal from District Court re: 20 Notice of appeal and statement of election. REVERSES AND REMANDS. USDC 17-723JRT (Shelia MNBM) (Entered: 11/09/2017) |
| 11/14/2017 | 27 (1 pg) | Judgment on appeal from District Court re: 26 Opinion on appeal. USDC 17-723JRT (Shelia MNBM) (Entered: 11/14/2017) |
| 11/15/2017 | 28 (2 pgs) | Order on appeal from District Court re: 27 Judgment on appeal. Reverses and Remands.USDC 17-723JRT (Shelia MNBM) (Entered: 11/15/2017) |
| 01/03/2018 | 29 (67 pgs) | Motion for relief from judgment or order filed by Defendants Booth Sweet, LLP, Sandipan Chowdhury re: 9 Order on application for default judgment, 10 Judgment. An affidavit or verification, Memorandum of law, Proof of service, Proposed order. Hearing scheduled 1/17/2018 at 10:30 AM at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Kathleen H. Sanberg. (Sweet, Jason) (Entered: 01/03/2018) |
| 01/03/2018 | 30 (24 pgs) | Motion to dismiss adversary proceeding filed by Booth Sweet, LLP, Sandipan Chowdhury. Memorandum of law, Proof of service, Proposed order. Hearing scheduled 1/17/2018 at 10:30 AM at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Kathleen H. Sanberg. (Sweet, Jason) (Entered: 01/03/2018) |
| 01/11/2018 | 31 (4 pgs) | Stipulation filed by Randall L. Seaver - Trustee and Defendants and Paul Hansmeier. Proposed order. Nature of stipulation: substitution |

| | | |
|---|---|---|
| | | of party(Swanson, Matthew) (Entered: 01/11/2018) |
| 01/11/2018 | 32 (1 pg) | Order Re: (re:31 Stipulation to Substitute Party). Notice of Entry affixed. (Lynn MNBM) (Entered: 01/11/2018) |
| 01/12/2018 | 33 (3 pgs) | Withdrawal (re:29 Motion for relief from judgment or order, 30 Motion to Dismiss Adversary Proceeding) filed by Booth Sweet, LLP, Sandipan Chowdhury. (Sweet, Jason) (Entered: 01/12/2018) |
| 01/13/2018 | 34 (2 pgs) | BNC Certificate of Mailing - PDF Document. Notice Date 01/13/2018. (Admin.) (Entered: 01/13/2018) |
| 01/17/2018 | | Minutes re: Motion to set aside entry of default and Motion to dismiss adversary proceeding. No appearances. Motions withdrawn. Hearing is stricken . (Carrie MNBM) (Entered: 01/17/2018) |
| 02/21/2018 | 35 (73 pgs) | Motion for summary judgment filed by Plaintiff PAUL HANSMEIER . An affidavit or verification, Memorandum of law, Proof of service, Proposed order. Hearing scheduled 3/7/2018 at 01:30 PM at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Kathleen H. Sanberg. (Carrie MNBM) (Entered: 02/21/2018) |
| 02/21/2018 | 36 (24 pgs) | Motion to dismiss adversary proceeding filed by Booth Sweet, LLP, Sandipan Chowdhury. Memorandum of law, Proof of service, Proposed order. Hearing scheduled 3/7/2018 at 01:30 PM at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Kathleen H. Sanberg. (Sweet, Jason) (Entered: 02/21/2018) |
| 02/28/2018 | 37 (10 pgs) | Objection by Plaintiff PAUL HANSMEIER to 36 Motion to Dismiss Adversary Proceeding. (Carrie MNBM) (Entered: 03/01/2018) |
| 03/02/2018 | 38 (41 pgs) | Response to 35 Motion for summary judgment filed by Defendants Booth Sweet, LLP, Sandipan Chowdhury. An affidavit or verification, Memorandum of law, Proof of service. (Sweet, Jason) (Entered: 03/02/2018) |
| 03/05/2018 | 39 (10 pgs) | Reply by Defendants Booth Sweet, LLP, Sandipan Chowdhury to 37 Objection. An affidavit or verification, Memorandum of law, Proof of service. (Sweet, Jason) (Entered: 03/05/2018) |
| 03/05/2018 | 40 (6 pgs) | Reply by Plaintiff PAUL HANSMEIER to 38 Response. (Carrie MNBM) (Entered: 03/06/2018) |
| 03/07/2018 | | Minutes re: 35 Motion for summary judgment, 36 Motion to Dismiss Adversary Proceeding. The plaintiff appeared pro se and Jason Sweet appeared telephonically on behalf of the defendants. |

| | | |
|---|---|---|
| | | Motion to dismiss denied. Motion for summary judgment granted. Orders to be entered. (Lynn MNBM) (Entered: 03/07/2018) |
| 03/07/2018 | 41 (1 pg) | Order Denying Motion to dismiss adversary proceeding (Related Doc # 36). Notice of Entry affixed. (Lynn MNBM) (Entered: 03/07/2018) |
| 03/07/2018 | 42 (1 pg) | Order Granting Motion for summary judgment (Related Doc # 35). Notice of Entry affixed. (Lynn MNBM) (Entered: 03/07/2018) |
| 03/07/2018 | 43 (1 pg) | Judgment for adv 4:16-ap-4124. Notice of Entry affixed. (Lynn MNBM) (Entered: 03/07/2018) |
| 03/07/2018 | | Disposition of adversary 4:16-ap-4124. Judgment For plaintiff and Randall L. Seaver, Chapter 7 Trustee. Disposition: granted. (Lynn MNBM) (Entered: 03/07/2018) |
| 03/07/2018 | 44 (1 pg) | PDF with attached Audio File. Court Date & Time [ 3/7/2018 1:30:00 PM ]. File Size [ 20345 KB ]. Run Time [ 00:42:23 ]. (admin). (Entered: 03/07/2018) |
| 03/09/2018 | 45 (2 pgs) | BNC Certificate of Mailing - PDF Document. Notice Date 03/09/2018. (Admin.) (Entered: 03/09/2018) |
| 03/09/2018 | 46 (2 pgs) | BNC Certificate of Mailing - PDF Document. Notice Date 03/09/2018. (Admin.) (Entered: 03/09/2018) |
| 03/09/2018 | 47 (3 pgs) | BNC Certificate of Mailing - PDF Document. Notice Date 03/09/2018. (Admin.) (Entered: 03/09/2018) |
| 03/20/2018 | 48 (5 pgs) | Notice of appeal and statement of election (conforming to Form 417A) to District Court filed by Defendants Booth Sweet, LLP, Sandipan Chowdhury re: 41 Order on motion to dismiss adversary proceeding, 42 Order on motion for summary judgment, 43 Judgment. Fee Amount $298.(Sweet, Jason) (Entered: 03/20/2018) |
| 03/20/2018 | | Receipt of Notice of appeal and statement of election(16-04124) [appeal,ntcaplel] ( 298.00) Filing Fee. Receipt number 10545348. Fee amount 298.00. (U.S. Treasury) (Entered: 03/20/2018) |
| 03/20/2018 | 49 (2 pgs) | Clerk's notice on appeal to District Court re: 48 Notice of appeal and statement of election. Proof of service. (Shelia MNBM) (Entered: 03/20/2018) |
| 03/20/2018 | | The appeal of the order or judgment of Judge Kathleen H. Sanberg entered March 7, 2018 has been transmitted to the District Court and is pending in that court as Case No. 18-761. Also transmitted: Notice of appeal, Bankruptcy case docket, Adversary proceeding |

| | | |
|---|---|---|
| | | docket. (Shelia MNBM) (Entered: 03/20/2018) |
| 03/22/2018 | 50 (3 pgs) | BNC Certificate of Mailing. Notice Date 03/22/2018. (Admin.) (Entered: 03/22/2018) |
| 03/27/2018 | 51 (38 pgs) | Transcript of hearing re:36 Motion to Dismiss Adversary Proceeding held on March 7, 2018. Document restricted for 90 days, call Transcriber for copy. Transcriber: Leslie Pingley 651-681-8550 Notice of Intent to Request Redaction Deadline Due By 4/3/2018. Redaction Request Due By 04/17/2018. Redacted Transcript Submission Due By 04/27/2018. Transcript access will be restricted through 06/25/2018. (Johnson, Neil) (Entered: 03/27/2018) |
| 03/28/2018 | 52 (2 pgs) | Notice of filing of official transcript. Notice is hereby given that an official 51 Transcript of the hearing held on 03/07/18 has been filed. Pursuant to the new policy adopted by the Judicial Conference, transcripts are available for inspection only at the clerk's office or may be purchased from the court transcriber for a 90 day period. (Kathy MNBM) (Entered: 03/28/2018) |
| 03/30/2018 | 53 (3 pgs) | BNC Certificate of Mailing. Notice Date 03/30/2018. (Admin.) (Entered: 03/30/2018) |
| 05/02/2018 | 54 (40 pgs) | Motion to compel compliance with judgment enforcement discovery filed by PAUL HANSMEIER . An affidavit or verification, Memorandum of law, Proof of service, Proposed order. Hearing scheduled 5/16/2018 at 02:30 PM at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Kathleen H. Sanberg. (Carrie MNBM) (Entered: 05/03/2018) |
| 05/08/2018 | 55 (22 pgs) | Response to 54 Motion to compel filed by Defendants Booth Sweet, LLP, Sandipan Chowdhury. An affidavit or verification, Memorandum of law, Proof of service. (Sweet, Jason) (Entered: 05/08/2018) |
| 05/08/2018 | 56 (39 pgs) | Motion to withdraw reference filed by Jason E. Sweet. An affidavit or verification, Memorandum of law, Proof of service. Fee Amount $181 (Sweet, Jason) (Entered: 05/08/2018) |
| 05/08/2018 | | Receipt of Motion to withdraw reference(16-04124) [motion,mwdref] ( 181.00) Filing Fee. Receipt number 10626241. Fee amount 181.00. (U.S. Treasury) (Entered: 05/08/2018) |
| 05/14/2018 | 57 (5 pgs) | Reply by Plaintiff PAUL HANSMEIER to 55 Response. (Carrie MNBM) (Entered: 05/14/2018) |
| 05/16/2018 | ● | Minutes re: 54 Motion to compel compliance with judgment enforcement discovery. The plaintiff appeared pro se and Jason |

| | | |
|---|---|---|
| | | Sweet appeared telephonically on behalf of the defendants. Motion denied without prejudice. Order to be entered. (Lynn MNBM) (Entered: 05/16/2018) |
| 05/16/2018 | 58 (1 pg) | Order Denying Motion to compel compliance with judgment enforcement discovery without prejudice (Related Doc # 54). Notice of Entry affixed. (Lynn MNBM) (Entered: 05/16/2018) |
| 05/16/2018 | 59 (1 pg) | PDF with attached Audio File. Court Date & Time [ 5/16/2018 2:30:00 PM ]. File Size [ 3702 KB ]. Run Time [ 00:07:43 ]. (admin). (Entered: 05/16/2018) |
| 05/18/2018 | 60 (2 pgs) | BNC Certificate of Mailing - PDF Document. Notice Date 05/18/2018. (Admin.) (Entered: 05/18/2018) |
| 05/23/2018 | 61 (8 pgs) | Opposition brief/memorandum (re:56 Motion to withdraw reference) filed by PAUL HANSMEIER . (Carrie MNBM) (Entered: 05/24/2018) |
| 08/07/2018 | 62 (9 pgs) | Renewed motion to compel compliance with judgment enforcement discovery filed by PAUL HANSMEIER . An affidavit or verification, Memorandum of law, Proof of service, Proposed order. Hearing scheduled 8/21/2018 at 09:30 AM at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Kathleen H. Sanberg. (Lynn MNBM) (Entered: 08/07/2018) |
| 08/16/2018 | 63 (37 pgs) | Response to 62 Motion to compel filed by Defendants Booth Sweet, LLP, Sandipan Chowdhury. An affidavit or verification, Memorandum of law, Proof of service. (Sweet, Jason) (Entered: 08/16/2018) |
| 08/20/2018 | 64 (16 pgs) | Notice of petition for recognition of foreign proceeding. (Sweet, Jason) (Entered: 08/20/2018) |
| 08/21/2018 | | Minutes re: 62 renewed motion to compel. Paul Hansmeier appeared pro se and Paul Godfread appeared on behalf of the defendants. Motion granted. Order will be entered after proof of signature filed. (Lynn MNBM) (Entered: 08/21/2018) |
| 08/21/2018 | 65 (25 pgs) | Certificate of service of plaintiff's post-judgment requests for production of documents to Booth Sweet LLP, plaintiff's requests for production of documents to Sandipan Chowdhury, plaintiff's post-judgment interrogatories to Booth Sweet LLP, and plaintiff's first set of interrogatories to Sandipan Chowdhury (re:62 Motion to compel) filed by PAUL HANSMEIER.(Lynn MNBM) (Entered: 08/21/2018) |

| | | |
|---|---|---|
| 08/21/2018 | [66](#) (1 pg) | 🔊 PDF with attached Audio File. Court Date & Time [ 8/21/2018 9:30:00 AM ]. File Size [ 12103 KB ]. Run Time [ 00:25:13 ]. (admin). (Entered: 08/21/2018) |
| 08/21/2018 | [67](#) (2 pgs) | Order Granting Motion to compel (Related Doc # [62](#)). Notice of Entry affixed. (Lynn MNBM) (Entered: 08/21/2018) |
| 08/22/2018 | [68](#) (5 pgs) | Affidavit (re:[62](#) Motion to compel) filed by Booth Sweet, LLP, Sandipan Chowdhury. Proof of service.(Sweet, Jason) (Entered: 08/22/2018) |
| 08/23/2018 | [69](#) (3 pgs) | BNC Certificate of Mailing - PDF Document. Notice Date 08/23/2018. (Admin.) (Entered: 08/23/2018) |
| 10/10/2018 | [70](#) (58 pgs) | Affidavit of Non-Compliance (re:[62](#) Motion to compel) and Exhibits filed by PAUL HANSMEIER. (Lynn MNBM) (Entered: 10/10/2018) |
| 10/11/2018 | [71](#) (1 pg) | Order to appear and show cause regarding failure to comply with August 21, 2018, order. Hearing scheduled 10/24/2018 at 10:30 AM at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Kathleen H. Sanberg. Notice of Entry affixed. (Lynn MNBM) (Entered: 10/11/2018) |
| 10/13/2018 | [72](#) (2 pgs) | BNC Certificate of Mailing - PDF Document. Notice Date 10/13/2018. (Admin.) (Entered: 10/13/2018) |
| 10/18/2018 | [73](#) (37 pgs) | Motion for protective order filed by Defendants Booth Sweet, LLP, Sandipan Chowdhury. An affidavit or verification, Memorandum of law, Proof of service, Proposed order. Hearing scheduled 10/24/2018 at 10:30 AM at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Kathleen H. Sanberg. (Sweet, Jason) (Entered: 10/18/2018) |
| 10/19/2018 | [74](#) (38 pgs) | Amended Motion re: [73](#) Motion for protective order filed by Defendants Booth Sweet, LLP, Sandipan Chowdhury. An affidavit or verification, Proof of service, Proposed order. (Sweet, Jason) (Entered: 10/19/2018) |
| 10/19/2018 | [75](#) (11 pgs) | Motion to Seal filed by Defendants Booth Sweet, LLP, Sandipan Chowdhury. An affidavit or verification, Memorandum of law, Proof of service, Proposed order. Hearing scheduled 10/24/2018 at 10:30 AM at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Kathleen H. Sanberg. (Sweet, Jason) (Entered: 10/19/2018) |
| 10/19/2018 | [77](#) (82 pgs) | Response to [70](#) Affidavit filed by Defendants Booth Sweet, LLP, Sandipan Chowdhury. An affidavit or verification, Memorandum of |

| | | |
|---|---|---|
| | | law, Proof of service. (Sweet, Jason) (Entered: 10/19/2018) |
| 10/22/2018 | 78 (5 pgs) | Response filed by Plaintiff PAUL HANSMEIER re: 71 Order to show cause. (Tammy MNBS) (Entered: 10/22/2018) |
| 10/24/2018 | | Minutes re: 71 Order to show cause, 74 Expedited amended motion re 73 Motion for protective order, and 75 expedited motion to seal. Paul Hansmeier, the plaintiff, appeared pro se and Paul Godfread appeared on behalf of the defendants. The defendants are subject to a civil contempt sanction of $250.00 per day of non-compliance. The defendants' expedited amended motion for protective order is denied. The defendants' expedited motion to file under seal is granted in part and denied in part. Order to be entered. (Lynn MNBM) (Entered: 10/24/2018) |
| 10/24/2018 | 79 (2 pgs) | Order Re: (re:71 Order to show cause, 74 Amended motion re: 73 Motion for protective order, 75 Motion to seal). Notice of Entry affixed. (Lynn MNBM) (Entered: 10/24/2018) |
| 10/24/2018 | 80 (1 pg) | PDF with attached Audio File. Court Date & Time [ 10/24/2018 10:30:00 AM ]. File Size [ 20654 KB ]. Run Time [ 00:43:02 ]. (admin). (Entered: 10/24/2018) |
| 10/26/2018 | 81 (2 pgs) | Affidavit (re:79 Order to/for) filed by Booth Sweet, LLP, Sandipan Chowdhury. Proof of service.(Sweet, Jason) (Entered: 10/26/2018) |
| 10/26/2018 | 82 (3 pgs) | BNC Certificate of Mailing - PDF Document. Notice Date 10/26/2018. (Admin.) (Entered: 10/26/2018) |
| 10/30/2018 | 83 (76 pgs) | Response to defendants' affidavit of compliance 81 Affidavit filed by Plaintiff PAUL HANSMEIER. (Lynn MNBM) (Entered: 10/30/2018) |
| 11/21/2018 | 84 (9 pgs) | Second Motion for contempt filed by Plaintiff PAUL HANSMEIER . An affidavit or verification, Memorandum of law, Proposed order. Hearing scheduled 12/5/2018 at 10:30 AM at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Kathleen H. Sanberg. (Lynn MNBM) (Entered: 11/26/2018) |
| 11/30/2018 | 85 (13 pgs) | Response to 84 Motion for Contempt filed by Defendants Booth Sweet, LLP, Sandipan Chowdhury. An affidavit or verification, Memorandum of law, Proof of service. (Sweet, Jason) (Entered: 11/30/2018) |
| 12/03/2018 | 86 (7 pgs) | Support brief/memorandum (re:84 Motion for Contempt) filed by PAUL HANSMEIER . (LindaE QC MNBS) (Entered: 12/03/2018) |

| | | |
|---|---|---|
| 12/03/2018 | | Hearing continued re: 84 Motion for Contempt. Hearing scheduled 12/12/2018 at 10:30 AM at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Kathleen H. Sanberg. (Lynn MNBM) (Entered: 12/03/2018) |
| 12/04/2018 | 87 (4 pgs) | Expedited Motion for continuance of December 12th hearing filed by Booth Sweet, LLP , Sandipan Chowdhury . Proof of service, Proposed order. Hearing scheduled 12/10/2018 at 09:30 AM at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Kathleen H. Sanberg. (Lynn MNBM) (Entered: 12/04/2018) |
| 12/06/2018 | 88 (2 pgs) | Response in opposition to defendants' 87 motion filed by Plaintiff PAUL HANSMEIER . (Lynn MNBM) (Entered: 12/06/2018) |
| 12/06/2018 | | Minutes re: 84 Motion for Contempt. Continued to 12/12/2018 at 10:30 a.m. (Lynn MNBM) (Entered: 12/06/2018) |
| 12/10/2018 | | Minutes re: (related document(s): 87 Expedited motion to request that the court continue plaintiff's second motion for contempt filed by Booth Sweet, LLP, Sandipan Chowdhury) Paul Godfread appeared on behalf of the defendants and Paul Hansmeier appeared pro se. Motion granted. Second motion for contempt is continued to 12/13/2018 at 10:30 a.m. Order to be entered.(lynn) (Entered: 12/10/2018) |
| 12/10/2018 | 89 (1 pg) | Order Re: (87 expedited motion for continuance of December 12, hearing) re (re:84 Motion for Contempt). The motion set for December 12, 2018 be rescheduled to December 13, 2018, at 10:30 a.m. Notice of Entry affixed. (Lynn MNBM) (Entered: 12/10/2018) |
| 12/10/2018 | | Hearing continued re: 84 Motion for Contempt. Hearing scheduled 12/13/2018 at 10:30 AM at Courtroom 8 West, 8th Floor, 300 S 4th St, Minneapolis, Judge Kathleen H. Sanberg. (Lynn MNBM) (Entered: 12/10/2018) |
| 12/10/2018 | 90 (1 pg) | PDF with attached Audio File. Court Date & Time [ 12/10/2018 9:30:00 AM ]. File Size [ 3034 KB ]. Run Time [ 00:06:19 ]. (admin). (Entered: 12/10/2018) |
| 12/12/2018 | | Minutes re: 84 Motion for Contempt. Continued to 12/13/2018 at 10:30 a.m. (Lynn MNBM) (Entered: 12/12/2018) |
| 12/12/2018 | 91 (5 pgs) | Support brief/memorandum (re:85 Response) filed by Booth Sweet, LLP, Sandipan Chowdhury. Proof of service.(Sweet, Jason) (Entered: 12/12/2018) |
| 12/12/2018 | 92 (9 pgs) | Support brief/memorandum (re:85 Response) filed by Booth Sweet, LLP, Sandipan Chowdhury. Proof of service.(Sweet, Jason) |

| | | |
|---|---|---|
| | | (Entered: 12/12/2018) |
| 12/12/2018 | 93 (2 pgs) | BNC Certificate of Mailing - PDF Document. Notice Date 12/12/2018. (Admin.) (Entered: 12/12/2018) |
| 12/13/2018 | 94 (6 pgs) | Affidavit (re:85 Response) filed by Booth Sweet, LLP, Sandipan Chowdhury. Proof of service.(Sweet, Jason) (Entered: 12/13/2018) |
| 12/13/2018 | | Minutes re: (related document(s): 84 Second Motion for Contempt filed by PAUL HANSMEIER) Paul Hansmeier appeared pro se and Paul Godfread appeared on behalf of the defendants. Motion granted. Order to be entered. (lynn) (Entered: 12/13/2018) |
| 12/13/2018 | 95 (3 pgs) | Order Granting Second Motion for Contempt (Related Doc # 84). Notice of Entry affixed. (Lynn MNBM) (Entered: 12/13/2018) |
| 12/13/2018 | 96 (5 pgs) | Notice of appeal and statement of election (conforming to Form 417A) to District Court filed by Defendants Booth Sweet, LLP, Sandipan Chowdhury re: 95 Order on motion for contempt. Fee Amount $298.(Sweet, Jason) (Entered: 12/13/2018) |
| 12/13/2018 | | Receipt of Notice of appeal and statement of election(16-04124) [appeal,ntcaplel] ( 298.00) Filing Fee. Receipt number 10953890. Fee amount 298.00. (U.S. Treasury) (Entered: 12/13/2018) |
| 12/13/2018 | 97 (1 pg) | PDF with attached Audio File. Court Date & Time [ 12/13/2018 10:30:00 AM ]. File Size [ 21888 KB ]. Run Time [ 00:45:36 ]. (admin). (Entered: 12/13/2018) |
| 12/14/2018 | 98 (2 pgs) | Clerk's notice on appeal to District Court re: 96 Notice of appeal and statement of election. Proof of service. (Shelia MNBM) (Entered: 12/14/2018) |
| 12/14/2018 | | The appeal of the order or judgment of Judge Kathleen H. Sanberg entered 12/13/2018 has been transmitted to the District Court and is pending in that court as Case No. 18-3403. Also transmitted: Notice of appeal, Bankruptcy case docket, Adversary proceeding docket. (Shelia MNBM) (Entered: 12/14/2018) |