# UNITED STATES DISTRICT COURT
## District of Minnesota

Sandipan Chowdhury and Booth Sweet, LLP,

**JUDGMENT IN A CIVIL CASE**

Appellant(s),

Case Number: 18-cv-3403 WMW

v.

19-cv-156 WMW

Paul Hansmeier,

Appellee(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The bankruptcy court's December 13, 2018 and January 9, 2019 orders are **AFFIRMED IN PART AND VACATED IN PART** as addressed herein.

2. Appellants Sandipan Chowdhury and Booth Sweet, LLP's objections to the bankruptcy court's January 14, 2019 R&R are **OVERRULED**.

**3.** The bankruptcy court's January 14, 2019 R&R, (Dkt. 20), is **ADOPTED IN PART** as follows:

a. Appellants Sandipan Chowdhury and Booth Sweet, LLP, are **HELD IN CONTEMPT** for failure to comply with the bankruptcy court's post-judgment orders.

b. Warrants for the arrest of Appellant Sandipan Chowdhury and the partners of Appellant Booth Sweet, LLP—namely, Jason Sweet and Dan Booth—are hereby issued. The United States Marshals Service shall execute the warrants for the arrest of Sandipan Chowdhury, Jason Sweet, and Dan Booth.

c. Sandipan Chowdhury, Jason Sweet, and Dan Booth shall remain under arrest until they purge themselves of their contempt by complying with the bankruptcy court's post-judgment orders, as modified by this Order.

d. Appellants shall not change financial institutions or transfer funds for purposes of avoiding Appellee Paul Hansmeier's judgment.

4. This matter is **REMANDED** to the bankruptcy court for further proceedings consistent with this Order.

Date: 4/26/2019                                                          KATE M. FOGARTY, CLERK

                                                                                                                                                         s/Mandy Price
                                                                           (By)  M. Price, Deputy Clerk